EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00001 |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [H.R.S. § 708-810 and 18 U.S.C. § 13] |
| RYAN P. ZULL, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about December 12, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely Naval Station Pearl Harbor, Hawaii, RYAN P. ZULL, defendant herein, did recklessly disregard a risk that a building was the dwelling place of

another, and intentionally entered and remained unlawfully in the dwelling of Victor Mesa and Marcus McNeil, located at 1602 Seawolf Tower, Building 1169, Naval Station Pearl Harbor, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: 3 January 2003           , at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. RYAN P. ZULL
CR. NO.
INDICTMENT